**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **REINER NARANJO MEDIACEJA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01802-DB** |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT,** | § | |
| **Respondent.** | § | |

**ORDER**

On this day, the Court considered the above captioned case. On July 2, 2026, Petitioner Reiner Naranjo Mediaceja ("Petitioner") filed a "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("Petition"), ECF No. 1. Therein, Petitioner argues their detention is unlawful and asks the Court to order immediate release. However, before the Court can consider the merits of the Petition, further clarification is needed regarding Petitioner's current detention. Petitioner is forewarned that failure to comply by the deadline stated herein may result in dismissal.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a supplemental notice or letter, by **no later than July 31, 2026**, directly answering the following:

1. petitioner's country of origin;

2. the date Petitioner entered the United States;

3. the date Petitioner was taken into immigration custody;

4. the date Petitioner was provided a bond hearing before an immigration judge, if applicable;[1]

5. the date Petitioner was ordered removed from the United States, if applicable; and

---

[1] If Petitioner was provided a bond hearing before an immigration judge, Petitioner should describe, in detail, what occurred during those proceedings and the outcome.

6. facts about their specific case that make removal from the United States unlikely, if applicable.

**IT IS FURTHER ORDERED** that the District Clerk **SHALL MAIL** a copy of this Order to Petitioner at the address on file with the District Clerk's Office.

**SIGNED** this **6th** day of **July 2026**.

_____

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**